# Parole Revocation Prehearing Assessment

**Name………:**          JONES, Thomas
**Reg Number:**          05208-000
**DCDC Number...:**      258-784
**Birth Date...:**       ▉▉▉▉▉▉

## Prehearing Parameters
Date……………………….…:    10/01/2021
Examiner…..………………….:   Donna A. McLean
Location…………………..…….:   Correctional Treatment Facility

## Warrant Parameters
Supervision Type…………......…:   Parole/MR/SPT

Supervision District…………….:   DC2 CSOSA

Warrant/Summons……………...:   Warrant

Warrant Executed………………:   09/21/2021

Probable Cause Found………....:   09/24/2021

Revocation Hearing Deadline…..:

## Sentence Parameters
GL Credit Prior to Warrant Execution………………………..…….:   0
GL Credit for Future Sentence……………………………………..:   0
Recalculated Mandatory Release Date………..:   10/26/2026
Recalculated Full Term Date……….:   06/03/2023
Detainer……………………………………………………………….:   No

**Additional Text regarding the above parameters:**

**Previous Commission Action:**

On 8/13/1997, the subject was convicted for Murder II and Carrying a Pistol Without a License, and sentenced to 8 to 24 years. The offense occurred on 11/22/1993, when the subject shot the victim several times causing his death. The subject was identified by two witnesses as the primary shooter. The subject paroled 9/12/2008.

**First Warrant:**

The Commission issued a warrant on 7/30/2009, citing administrative violations, as well as law violations including Murder II and Attempted Murder. The subject was charged with shooting

## Parole Revocation Prehearing Assessment

and killing of one victim and shooting another in the neck and shoulder area. Following a jury trial, the subject was found guilty for the lesser offenses of Felon in Possession of a Firearm and Carrying a Pistol Without a License. He was sentenced to 144 months, aggregate, and the Commission's warrant was lodged as a detainer.

The warrant was executed on 6/24/2016 and, by Notice of Action dated 9/7/2016, the Commission revoked parole based on the new Firearm Conviction only (expedited revocation) and the subject was reparoled on 3/3/2017 with 3,523 days remaining to be served, and with Drug and Mental Health Aftercare.

**Second Warrant:**

On 7/25/2019, a warrant was issued charging administrative and law violations below. The warrant was supplemented on 8/30/2019 to include additional law violations (that were subsequently dismissed).

The warrant was executed on 3/13/2020 and a probable cause hearing was held on 3/17/2020. It was learned that the subject was convicted in the Arlington County, VA, Circuit Court in charge 3a only (Simple Possession) on 3/10/2020 and sentenced to 6 months with 2 years probation. The examiner found probable cause only on charges 1, 2, and the conviction in charge 3a. No probable cause was found on charges 3b, 3c, 3d, 4a, and 4b. An institutional revocation hearing was ordered upon the subject's return to BOP.

Per NOA dated 05/05/2020, the Commission ordered: Pursuant to your acceptance of the Expedited
Revocation Proposal you signed on 04/30/2020. Revoke parole. None of the time spent on parole shall be credited. Parole effective on 5/12/2020 after the service of 9 months.

On 05/12/2020, the subject was Reparole and his FTD was 10/25/2026.

**Third Warrant:**

On 01/14/2021, the Commission issued a warrant citing the following violations: Use of Drugs (Cocaine and ETG on 08/20/2020); Failure to Comply with GPS; and Failure to Report to CSO as directed. On 04/12/2021, the Warrant was Executed and a PC Hearing was held on 04/16/2021. Via NOA dated 04/20/2021, the Commission ordered: Release forthwith from custody of the warrant dated January 15, 2021, notwithstanding the finding of probable cause. Terminate the revocation process and reinstate to supervision.

On 04/202021, the subject was released from custody to resume his Parole supervision and his FTD remained the same (10/25/2026). (IN CUSTODY 04/12/2021 TO 04/20/2021)

**Fourth/Current Warrant:**

# Parole Revocation Prehearing Assessment

On 05/07/2021, the current warrant was issued citing the following violation: Failure to Report to Supervising Officer as directed. On 09/21/2021, the warrant was executed and a PC Hearing was held on 09/24/2021. At the PC Hearing, the subject/Attorney requested release from custody/ reinstatement. The Examiner denied the release request and a Local Revocation Hearing was scheduled for 11/1/2021 (PM) with the following adverse witnesses approved: CSO Karen Holston.

**Victim Information:** There are victims to the current violation.

**Violations of Conditions of Release:**
**Charge No. 1 - Failure to Report to Supervising Officer as Directed.** The releasee failed to report to the supervising officer on 4-20-2021 as directed or any date thereafter. This charge is based on the information contained in the violation report dated 4-28-2021 from supervising officer Karen Holston. I ADMIT [ ] or DENY [ ] this charge.

**Severity:** Category One

**Severity Justification:** Your violation behavior has been rated Category One severity because it involved an Administrative Violation.

**SALIENT FACTOR SCORE   (SFS-98)**

SFS Item A =  0         Subject has **6** prior convictions/adjudication.

**Prior Conviction History:**

**Date:** 12/01/1992
**Offense:** Unauthorized Use of a Vehicle (Age 19) 1992 CR 011941
**Disposition:** 1/5/1993 - 90 days and 36 days credit given (1-1)

**Date:** 01/29/1993
**Offense:** Attempted Unauthorized Use of a Vehicle 1993 FEL 962
**Disposition:** 12/14/1993 - 2 years probation (2-1); probation revoked on 3/28/1994 and sentenced to 1 year with all but 6 months suspended (2-2)

**Date:** 02/20/1993
**Offense:** Destruction of Property 1993 CMD 2255
**Disposition:** 12/14/1993 - 1 year probation (3-2); probation revoked 3/28/1994 (based on Murder and Weapon offense below) and sentenced to 90 days (still 3-2)

## Parole Revocation Prehearing Assessment

**Date:** 11/22/1993
**Offense:** Murder II and Carrying a Pistol Without a License (Instant Base Offenses) 1995 FEL 733
**Disposition:** 8/13/1997 - 8 to 24 years (4-2); paroled 9/12/2008; revoked 9/7/2016; reparoled 3/3/2017 (4-3); revoked 05/05/2020 (4-4); released 05/12/2020

**Date:** 07/06/2009
**Offense:** Felon in Possession of a Firearm and Carrying a Pistol without a License 2009 CF1 14717
**Disposition:** 1/25/2013 - Aggregate 144 months with 3 years supervised release (5-3); released 6/24/2016 to the above-cited parole violator term; released to the community on 3/3/2017 (5/4)

**Date:** 06/22/2019
**Offense:** Simple Possession of a Controlled Substance (Arlington County, VA)
**Disposition:** 03/10/2020 - 2 years prison; 1 year/6 months Suspended w/ 2 years probation (6/4)

---

SFS Item B = 0    Subject has 4 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

SFS Item C = 2    Subject was 47 years old at the commencement of the current offense and had 4 prior commitments.

SFS Item D = 0    04/20/2021 - Date of Current Offense.
                  05/12/2020 - Release to the Community from last Commitment.

SFS Item E = 0    Subject is Parole/MR/SPT violator.

SFS Item F = 1    Sum of Items A-E = 3 and the offender was 47 years old at the commencement of the current offense.

*Salient Factor Score = 3*

---

**Rescission Behavior(s):**

**Re-parole Guidelines (range in months): 12-16 months**

**Rescission Guidelines (range in months):**

**Aggregate Guidelines (range in months): 12-16 months**

**Text to Describe Any Other Behavior or Remaining Issues:**

---

# Parole Revocation Prehearing Assessment

**Evaluation:** Mr. Jones is currently 48 years old and appearing before the Commission on his 4th Warrant matter. He was last Reparoled on 05/12/2020 with a Full Term Date of 10/25/2026.

His current Offense Severity is rated a Category One (Administrative Violations); his SFS is 3; which results in a Reparole Guideline Range of 12-16 months.

His violation would appear that he never reported for supervision after his last reinstatement 4/20/2021.

As a result of the above noted information, it is recommended that he receive and Expedited Offer for the following: Revoke Parole. No credit for time spend on Parole. Continue to a Presumptive Parole Date of 09/20/2021 after the service of 12 months. Special Conditions: Drug and Alcohol Aftercare.