# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

---

**To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, JONES, Thomas, Reg. No. 05208-000, DCDC No. 258-784, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 24 years (original GTCA), 3776 days (parole violator term) for the crime of Murder II, Carrying a Pistol Without a License and was on 03/03/2017 released on Parole Release from Schuylkill FCI with 3521 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

CHARLES MASSARONE
Digitally signed by CHARLES MASSARONE
Date: 2021.05.10 10:12:46 -04'00'

U.S. Parole Commissioner

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784

**WARRANT For Return Of Prisoner Released To Supervision**

Name: **JONES, Thomas**                                Institution: **Schuylkill FCI**
Reg. No. **05208-000**                                  DCDC No. **258-784**

**UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION**

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____Superior Court_____ District of _____Columbia_____ ss:
Received this writ the __10__ day of __May__, 20__21__, and executed same by arresting the within-named __Thomas Jones__ this __21__ day of __September__, 20__21__, at __10 AM__ and committing him to __DC Jail__

_____R. Dixon_____
U.S. Marshal

_____T. Lowe_____
Deputy Marshal

Further executed same by committing him to _____ at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 90 K Street, N.E., 3rd Floor, Washington, D.C. 20530.

**ACKNOWLEDGEMENT OF SERVICE:**
I have received a copy of the warrant application dated __11 May 2021__

[signature] (This SAME WARRANT WAS EXECUTED ON 6/15/21)   __21 Sept 2021__

*Prisoner's Signature*                                   *Date*
*(If prisoner refuses to sign, Marshal should so indicate.)*

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784