**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**



# D.C. PROBABLE CAUSE HEARING DIGEST

| | |
|---|---|
| Name............................ : **JONES, Thomas** | Date Warrant Executed : 9/21/2021 |
| Reg. No......................... : **05208-000** | Hearing Date....... : 9/24/2021 |
| Type of Release............ : **Parole Release** | Examiner............. : C. Whitmer |
| Full Term Date When Warrant Issued.. : **10/25/2026** | Supervision Officer : **Karen Holston** |

**Attorney at Probable Cause Hearing:**
[ × ] PDS      [ ] Other      [ ] None
Name  R. Gonzalez
Address _____
         _____
Phone  _____

**Attorney Representing Subject at Revocation Hearing:**
[ × ] PDS      [ ] Other      [ ] Unknown
Name  Same
Address _____
         _____
Phone  _____

**Reason For Not Conducting Probable Cause Hearing**

(*If Probable Cause Hearing not conducted, indicate the reason*):

[ ] Postponed to Next Docket *If so, provide reason for postponement and omit rest of form.*

    [ ] At Request of Attorney/Prisoner          [ ] Prisoner Unavailable
    [ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *If so, skip to VI, Revocation Hearing.*

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[ × ] Advised of Right to a Probable Cause Hearing  [ × ] Advised of Right to Attorney

**II. Review of Charges:**
**Charge No. 1 - Failure to Report to Supervising Officer as Directed.**
**I ADMIT [ ] or DENY [x] this charge.**
The Subject's Response:

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**



_____

_____

_____

[x] **Probable Cause Found.** After considering the violation report dated 04-28-2021 and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No.1 Additional reasons for probable cause finding:

AVR._____

_____

_____

[ ] **No Probable Cause Found**

**To insert supplemental charges, keyin the word *charges* in brackets, then key Alt I and select the appropriate charges**

**III.  Additional Charges:**
_____
_____
_____
_____

**IV.  Proposed Release Plan Upon Return to Community:**

Name:_____
Address:_____
Phone No._____
Relationship:_____

**V. Outcome of Probable Cause Hearing:**

   [x] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

   [ ] **No Probable Cause Found** for any charge.  **Discharge from Custody** immediately and

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**



        **[ ] Reinstate to** Supervision   or   **[ ] Close Case** (*If expiration date has passed*)

**[ ] Probable Cause Found** on one or more charges.  Recommend **Reinstate to Supervision** and
      **[ ] Summon** to revocation hearing or **[ ] Terminate** revocation proceedings

Reason for Release/Summons:_____
_____

---

**VI. Principal Adverse Witnesses Identified by the Commission:**

**Note to Subject:  This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form).  Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.**

**Supervision Officer**

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**



**VII. Adverse Witnesses Requested by Subject:**

Name:_____
Address:_____
Phone No._____
Status: [   ] Denied at PC Hearing     [   ] Approved at PC Hearing     [   ] Pending Further Review
Reason for Denial:_____
_____

Name:_____
Address:_____
Phone No._____
Status: [   ] Denied at PC Hearing     [   ] Approved at PC Hearing     [   ] Pending Further Review
Reason for Denial:_____
_____

Name:_____
Address:_____
Phone No._____
Status: [   ] Denied at PC Hearing     [   ] Approved at PC Hearing     [   ] Pending Further Review
Reason for Denial:_____
_____

**VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:**

Name:_____
Address:_____
Phone No._____
Reason for Denial:_____
_____

Name:_____
Address:_____
Phone No._____
Reason for Denial:_____

**IX.     Revocation Hearing:**

[ x ] Local Revocation or        [   ] Combined Probable Cause/Local Revocation on:
Location: [ x ] CTF  [   ] DC Jail   Date:___11/1/2021_____   Time: [   ] am   [ x ] pm
[   ] Other at _____

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**



[  ] Recommend institutional revocation hearing upon transfer to a federal institution.

**Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov**

| | |
|---|---|
| *Attorney/Prisoner* | *Date* |

*Additional Text:*

Counsel stated the warrant in this case was executed on 6/15/2021 initially and again on 9/21/2021. She noted the offender was currently in a wheelchair and suffers from back issues and high blood pressure. She said he has not been able to get the medical treatment he needs, and has yet to be vaccinated for COVID, which makes him susceptible. She said the offender can live with his mother if released and will again be able to get unemployment benefits, though she said he was do get his back back so he can obtain employments. She said his brother owns a moving company and he could work for him in an administrative capacity. Request for release denied.

The offender was on supervision when he committed the instant offense. Then when left out on parole, he committed another offense for gun possession. It appears he was revoked for that offense and then again mid-2020, but was again paroled fairly quickly. Then a Letter of Reprimand and another warrant in January 2021, of which he was reinstated on 4/20/2021. He never reported to CSO after release on 4/20/2021.

*Chris Whitmer*                                                                                              9/24/2021

| | |
|---|---|
| *Examiner* | *Date* |

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**



**Disclosure Documents:** Warrant dated 05/07/2021, Warrant Application dated 05/07/2021, Supplemental Warrant Application dated (only if applicable), Violation Report dated 04/20/2021 with attachments, (Parole/MR/SR) Certificate, Pre-Sentence Report

**I acknowledge having received the above disclosure documents and a copy of this document.**

_____

*Attorney/Prisoner*                                                    *Date*

JONES, Thomas Reg. No. 05208-000 DCDC No. 258-784