# Revocation Hearing

| | |
|---|---|
| Violation Number | 05208000-20210428 |
| Hearing Date | 11/01/2021 |
| Revocation Hearing Docket | |
| Second Designation | |
| Additional Text Regarding Above Parameters | |
| Prior Action | Please see the Prehearing Assessment dated 10/1/2021, prepared by Examiner D. McLean. |
| Counsel | Rosalyn Overstreet-Gonzalez, Public Defender's Service, Washington, DC |
| Procedural Considerations | None. |
| Discipline | None. |
| Release Plans | The subjected indicated he will reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Arlington, VA. |
| Attorney | |
| Guideline Parameters | |
| Violation Type | Administrative and Criminal |
| Severity | Category One |
| Severity Justification Detail | because it involved Possession of Scheduled III Substance (Cocaine) and administrative violations. |
| Re Parole Guideline Range | 12-16 months |
| Evaluation | The offender is 48 years of age and appearing before the Commission on his 4th warrant.  He was last reparoled on 5/12/2020, with a Full Term Date of 10/25/2026.  The offender was provided with an expedited offer, dated 10/6/2021, for a term of 12 months and no credit for time spent on parole from 4/21/2021 through 9/20/2021.  The subject refused the offer.

The offender denied he failed to report to his CSO, due to not knowing who his CSO was supposed to be.  He said he called the CSOSA in-take number several times and left messages.  CSO Holston said no calls from that line were ever forwarded to her and the offender never contacted her directly.

As it relates to Charge 2, the offender admitted to his conviction.  However, during questioning, he would not elaborate on the circumstances of his conviction.  He said police searched him and they told him they found cocaine on his person.  He said he did not know what the substance was until they told him.  When asked about knowing he had cocaine on his person, the subject was short with is response and simply said he admitted to the offense and accepts responsibility.  He did not want to comment further on the charge.

This Examiner made findings on Charge 1, based on the testimony of CSO Holston.  A finding was made on Charge 2, based on the offender's admission and conviction. |

| | |
|---|---|
| | The Offense Severity is Category One and his Salient Factor Score is 3, resulting in guidelines of 12-16 months.  The offender is credited with 3 months guideline credit prior to the Commission's warrant being executed. |
| | This Examiner recommends a term on the upper range of the guideline, based on the offender failing to contact his CSO after being reinstated to supervision, then committing new criminal conduct.  Additionally, due to this conviction, this Examiner recommends none of the time spent on parole be credited. |
| Statutory Interim Hearing Additional Text | |
| Final Statement | Ms. Gonzalez said the subject is still receiving unemployment benefits.  She said he is in a wheelchair due to a back injury and needs treatment.  She said as it relates to Charge 1, his failure to report was not intentional.  She said the subject has been forthright regarding his shortcomings.  She requested the Commission take into consideration the criminal charge was supplemented at the hearing and not part of the expedited offer.  She said if Charge 2 was included in the expedited offer, they would have accepted it.  She asked that the Commission give him guideline credit for time served on Charge 2 and he receive a sentence at the bottom of the guidelines. |
| Hearing Examiner | Whitmer, Christopher |
| Hearing Conducted by Commissioner | No |
| Hearing Examiner Recommendation | 08: Detained: Revoke Parole, MR, SPT, no credit, parole effective |
| Hearing Examiner Recommendation Detail | Revoke Parole. None of the time spent on release shall be credited.  Parole effective on 9/20/2022 after the service of 12 months.  With guideline credit of 3 months prior to the warrant's execution, you will serve 15 months on guidelines of 12-16 months. |
| Additional Recommendation to Address Time in Custody on Prior Warrant(s) | No |
| Additional Recommendation to Address Time in Custody on Prior Warrant(s) Options | |
| Additional Recommendation to Address Time in Custody on Prior Warrant(s) Detail | |
| Reason for Order | |
| Guideline Use | 01 - Within |
| Outcome Code | A - Heard & Complete |
| Executive Reviewer 1 | Kubic, Scott |
| Executive Reviewer 1 Agree with Hearing Examiner | Yes |
| Executive Reviewer 1 Comments | I agree with the hearing examiner's guideline calculation, recommendation, and reasons.  This is a within guideline recommendation that appears appropriate due to |

| | |
|---|---|
| | the subject's failure to appear for supervision after having been reinstated and his new criminal conduct. |
| Executive Reviewer 1 Recommendation | |
| Executive Reviewer 1 Reasons for Guideline departure | |
| Executive Reviewer 1 Number of Commissioner Votes | One |
| Executive Reviewer 2 | |
| Executive Reviewer 2 Agree with Executive Reviewer 1 | |
| Executive Reviewer 2 Agree with Hearing Examiner | |
| Executive Reviewer 2 Comments | |
| Commissioner 1 | Cushwa, Patricia |
| Commissioner 1 Agree with Hearing Examiner Panel | Yes |
| Commissioner 1 Agree with Single Hearing Examiner | |
| Commissioner 1 Alternate Decision | |
| Commissioner 1 Specify Alternate Decision | |
| Commissioner 1 Rationale for Alternate Decision | |
| Commissioner 1 Reasons for Guideline Departure | |
| Commissioner 1 Other Comments | |
| Commissioner 2 | |
| Commissioner 2 Agree With Hearing Examiner Panel | |
| Commissioner 2 Agree with Commissioner 1 | |
| Commissioner 2 Alternate Decision | |
| Commissioner 2 Specify alternate decision | |
| Commissioner 2 Reasons for guideline departure | |

| | |
|---|---|
| Commissioner 2 Other Comments | |
| Commissioner 3 | |
| Commissioner 3 Agree With Commissioner 1 | |
| Commissioner 3 Agree With Commissioner 2 | |
| Commissioner 3 Comments | |
| NOA Recommendation Text | |
| HCS Comments | |
| PARS Explanation Regarding Need for Return to Supervisor | |
| Sentence Type | DC Code (Parole) |
| Type of Decision | Hearing |
| Type of Hearing | Revocation |
| Type of Guideline | Federal/Re-parole (2.20/2/21) |
| Most Serious Offense | Non-violent (drug distribution only) |
| Decision (revocation) | Revoke Parole Parole/MR/SPT- new presumptive parole (revoke) |
| Decision in re: to guidelines | Within |
| Decision in re: to Examiner Recommendation | Concur with Examiner |
| Offender Representative | Attorney |
| Prisoner Location | CDF/CTF |
| Hearing Date | 11/01/2021 |
| Commissioner 2 Rationale for alternate decision | |
| Case Operation Supervisor Comments | |
| Status | Complete |
| Other | |
| Documents | |
| Created Date | 10/04/2021 |
| Created By | dmclean |
| Updated Date | 06/13/2022 |
| Updated By | Maria Dudley |