| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>90 K Street, N.E., 3rd Floor<br>Washington, D.C. 20530 | **Notice of Action** |

**Name:** JONES, Thomas  **Institution:** D.C. Central Detention Facility
**Register Number:** 05208-000
**DCDC No:** 258-784  **Date:** 11/18/2021

## DC LOCAL REVOCATION HEARING

As a result of the hearing conducted on November 1, 2021, the following action was ordered:

Revoke parole. None of the time spent on release shall be credited.  Continue to a presumptive parole on September 20, 2022 after service of 12 months.  This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan.  The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled.  In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date.  If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration.  If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

**FINDINGS OF FACT:**

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Failure to Report to Supervising Officer as Directed.

Basis: The testimony provided by Karen Holston, CSO.

Charge No. 2 - Law Violation - Conviction (Possession of a Scheduled III Substance (Cocaine)).

Basis: Your admission to the examiner and your conviction.

**REASONS**:

Your violation behavior has been rated as Category One severity because it involved Possession of Scheduled III Substance (Cocaine) and administrative violations. Your new Salient Factor Score is 3.  See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. Your guidelines established by the Commission indicate a customary range of 12-16 months.  After a

U.S. Department of Justice  
United States Parole Commission  
90 K Street, N.E., 3rd Floor  
Washington, D.C. 20530

# Notice of Action

review of all relevant factors and information presented, a departure from the guidelines at this consideration is not warranted.

The above decision is appealable to the National Appeals Board pursuant to 28 C.F.R.2.220.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:  
Philip Cornelious-NOA  
District of Columbia - Superior Court  
500 Indiana Ave, NW, C-600  
Washington, D.C. 20001  
Warrants - Attn: Philip Cornelious

Philip Cornelious  
District of Columbia - Superior Court  
500 Indiana Ave, NW, C-600  
Washington, D.C. 20001  
Warrants - Attn: Philip Cornelious

Rosalyn Overstreet-Gonzalez  
District of Columbia - DC  
Special Proceedings Division  
633 Indiana Avenue, N.W.  
Washington, D.C. 20004  
District of Columbia

Records Office  
D.C. Central Detention Facility  
1901 D Street, S.E.  
Washington, D.C. 20003

Michael Phetphongsy  
D.C. Federal Billing Unit  
D.C. Department of Corrections  
Washington, D.C. 20003

Offender Processing Unit

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>90 K Street, N.E., 3rd Floor<br>Washington, D.C. 20530 | **Notice of Action** |

---

- CSOSA Offender Processing Unit
CSOSA
300 INDIANA AVE, NW
Washington, D.C.
20001

Karen Holston
Community Supervision Officer
General Supervision Unit-Team 49
CSOSA
910 Rhode Island Avenue, S.E.
Washington, D.C. 20081

---

U.S. Department of Justice  
United States Parole Commission  
90 K Street, N.E., 3rd Floor  
Washington, D.C. 20530

**Notice of Action**

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Facto Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or Three = 1; Four or more = 0 |
| 0 | B - Prior Commitments of more than thirty days (adult or juvenile) None = 2; One or Two = 1; Three or more = 0 |
| 2 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent Commitment Free Period *(three years)*<br>No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1;   Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time<br>Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older Offenders<br>If the offender was 41 years or more at the commencement of the current (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 3 | Salient Factor Score (SFS-98) (sum of points for A-F above) |

| Points For SFS Item C | | | |
|---|---|---|---|
| | Prior Commitments | | |
| Age | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

JONES, Thomas: Reg. No. 05208-000   DCDC No. 258-784  
Page 4 of 5

U.S. Department of Justice  **Notice of Action**
United States Parole Commission
90 K Street, N.E., 3rd Floor
Washington, D.C. 20530

| Points For SFS Item C | | | |
|---|---|---|---|
| | | | |