| | |
|---|---|
| U.S. Department of Justice | **Notice of Action** |
| United States Parole Commission | |
| 90 K Street, N.E., 3rd Floor | |
| Washington, D.C. 20530 | |

**Name:** JONES, THOMAS       **Institution:** Gilmer FCI
**Register Number:** 05208-000
**DCDC No:** 258-784            **Date:** 06/13/2022

### Correct Notice of Action Dated November 18, 2021 to Read:

In the case of the above-named, the following action was ordered:

Revoke parole. None of the time spent on release shall be credited. **Parole effective September 20, 2022 after the service of 15 months.**   All other informtion in that notice shall be remain unchanged.

NOTE:  Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission.  Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered. In addition, per 28 C.F.R. §2.34(a)/ §2.86(a), release on your effective date of parole is conditioned upon your continued satisfactory conduct. If the Commission is notified that you have violated the rules of the institution prior to the delivery of the parole certificate, your release on parole shall not take effect until a Disciplinary Hearing Officer has conducted a hearing and the results of that hearing are provided to the Commission.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer.  In certain cases, copies may also be sent to the sentencing court.  You are responsible for advising any others you wish to notify.

cc:
Delta Team
Designation & Sentence Computation Ctr
U.S. Armed Forces Reserve Complex
Grand Prairie Office Complex
346 Marine Forces Drive
Grand Prairie, TX 75051

CMC
Gilmer FCI
P. O. Box 5000
201 FCI Lane

U.S. Department of Justice  
United States Parole Commission  
90 K Street, N.E., 3rd Floor  
Washington, D.C. 20530

**Notice of Action**

---

Glenville, WV 26351

Offender Processing Unit  
- CSOSA Offender Processing Unit  
CSOSA  
300 INDIANA AVE, NW  
Washington, D.C.  
20001

Karen Holston  
Community Supervision Officer  
General Supervision Unit-Team 49  
CSOSA  
910 Rhode Island Avenue, S.E.  
Washington, D.C. 20081

Rosalyn Overstreet-Gonzalez  
District of Columbia - DC  
Special Proceedings Division  
633 Indiana Avenue, N.W.  
Washington, D.C. 20004

mdd

---