# WARRANT OF ARREST – FELONY   Misdem

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Arlington
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 06/15/2021 .......... did unlawfully and feloniously in violation of Section 18.2-250 .........., Code of Virginia:

knowingly or intentionally possess a controlled substance classified in Schedule I or II not obtained directly from, or pursuant to, a valid prescription or order of a practitioner while acting in the course of a professional practice, or not authorized by the Drug Control Act: TO-WIT: COCAINE.

Amended 9/7/2021
c/o Objecti

CASE NO. GC21-1738
2021-06-15 0073

ACCUSED:

JONES, THOMAS RUDOLPH
LAST NAME, FIRST NAME, MIDDLE NAME

6221 2nd St NW
ADDRESS/LOCATION

Washington, DC 20011

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN (MO. DAY YR.) | HT. (FT. IN.) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M |  | 6' 01" | 145 | BRO | BLK |

SSN: 

D.L.# 4042254   STATE DC

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Materials

CLASS 5  FELONY   misdem

[X] EXECUTED by arresting the Accused named above on this day:

6-15-2021 / 1430
DATE AND TIME OF SERVICE

Alex Varaklis , Arresting Officer

1236 / ACPD / CCIC
BADGE NO., AGENCY AND JURISDICTION

for ...................................................
SHERIFF

Attorney for the Accused: Azeem Kausar

Short Offense Description (not a legal definition)
**DRUGS: POSSESS SCH I OR II**

Offense Tracking Number:
**013GM2100006905**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:   **NAR-3022-F5**

---

ARLINGTON COUNTY GENERAL DISTRICT COURT

I, the undersigned Clerk or Deputy Clerk of the above named court, authenticate pursuant to Va. Code 8.01-391 (C) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

9/24/21    C. Johns
DATE         Clerk/Deputy Clerk

---

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

OFF VARAKLIS, A  1236 ACPD .............................., Complainant.

**CCRE/Fingerprinting Required**

06/15/2021 06:16 PM
DATE AND TIME ISSUED

[ ] CLERK   [X] MAGISTRATE   [ ] JUDGE
Benjamin A. Plummer

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

Hearing Date/Time
8/13/21
11:30
Bond motion
6/17/21
6/24/21
W/draw

8-17-21-2nd
JSR
testing @
P.H. held
on 8/13/21
Cont. for
decision
or argument.

9-7-21-2nd
10-26-22-11=
A#665

FELONY
Misdem

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

_____   _____
ACCUSED                      DATE

_____   _____
ATTORNEY FOR ACCUSED         JUDGE

Offense Tracking Number: 093GM2100006905

**Preliminary Hearing Costs**
| | |
|---|---|
| 120 Ct. Appt. Atty | $ |
| 113 Court Reporter | |
| 113 Witness | |
| **TOTAL** | |

[ ] The named Accused was brought before me or appeared this day. Upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
[ ] Bail on certification $ ..................
[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.
[ ] The charge was reduced to ..................
The Accused was this day: [ ] tried in absence [X] present

PROSECUTING ATTORNEY PRESENT (NAME): Overton
DEFENDANT'S ATTORNEY PRESENT (NAME): Greg Krischer
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Interpreter present   [ ] Witnesses sworn
[ ] Certified pursuant to § 19.2-190.1.
Plea of Accused: [ ] not guilty  [X] guilty  [ ] nolo contendere
[X] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[X] Plea and Recommendation
[ ] Deferred § 19.2-298.02, and order attached and incorporated
And was TRIED and FOUND by me: [ ] not guilty [ ] guilty as charged
[X] guilty of 18.2-250 Schedule III m/s thing
VCC ..................
[ ] facts sufficient to find guilt but defer adjudication/disposition to ..................
DATE AND TIME
[ ] and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251, 19.2-303.2 or 19.2-303.6.
  [ ] First Offender order attached and incorporated.
  [ ] Deferred § 19.2-298.02, and order attached and incorporated.

9/7/2021   _____
DATE       JUDGE

And was FOUND by me to be: [ ] carrying hazardous materials
  [ ] driving a commercial motor vehicle
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
  [ ] conditioned upon payment of costs and
    [ ] successful completion of [ ] traffic school
      [ ] mature driver school, § 16.1-69.48:1.
    [ ] accord and satisfaction, § 19.2-151.
    [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251, 19.2-303.2 or 19.2-303.6.

FORM DC-312 (MASTER, PAGE TWO OF TWO) 03/21

[ ] Guilty – upon a violation of a term or condition of a deferred adjudication/disposition.
I impose the following Disposition:
[ ] FINE of $ .............. with $ .............. suspended
[X] JAIL SENTENCE of 12 months imposed,
  [ ] of which .............. days mandatory minimum, with 12 months suspended for a period
9/15 of 1 year, conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning ..................
  [ ] on weekends only
[ ] Work release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ..................
  [ ] VASAP  [ ] local community-based probation agency
  [ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for ..................
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for ..................
[ ] RESTITUTION order incorporated
  [ ] Restitution payment is a condition of suspended sentence
[ ] COMMUNITY SERVICE .............. hours to be completed
  by .............. and supervised by ..................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other ..................

[ ] Submit to FINGERPRINTING and photograph per attached order
[ ] Remanded for [ ] FINGERPRINTING/CCRE Report
  [ ] ..................
[ ] DNA order incorporated
[ ] Bail on Appeal $ ..................

9-7-2021   _____
DATE       JUDGE

**FINE** ..................
**COSTS**
| | |
|---|---|
| 461 FIXED MISD FEE | |
| 462 FIXED DRUG MISD FEE | |
| 001 INT CRIM CHILD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 DUI FEE | |
| 113 .................. | |
| 120 CT. APPT. ATTY | |
| 121 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | |
| 192 TRAUMA CENTER FEE | |
| 228 COURTHOUSE CONSTRUCTION FEE | |
| 234 JAIL ADMISSION FEE | |
| 243 LOCAL TRAINING ACADEMY FEE | |
| 244 COURTHOUSE SECURITY FEE | |

**OTHER (SPECIFY)**
..................

**TOTAL** $ ..................

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____   _____
DATE                JUDGE