UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THOMAS R. JONES** | ) | |
| Petitioner**,** | ) | |
| v. | ) | **Case No. 1:22-CV-001815 (CJN)** |
| | ) | |
| **UNITED STATES** | ) | |
| **PAROLE COMMISSION et al.,** | ) | |
| Respondents | ) | |

## PROPOSED ORDER

Upon consideration of the United States' motion to dismiss petitioner's *pro se* petition for writ of habeas corpus [ECF Doc. No. 1], filed on behalf of the United States Parole Commission, and for the reasons stated by the United States in its motion to dismiss, it is this _____ day of _____, 2022, hereby

**ORDERED** that the United States' motion to dismiss is **GRANTED**, and petitioner's petition for writ of habeas corpus, is hereby **DISMISSED**.

_____

CARL J. NICHOLS
UNITED STATES DISTRICT COURT JUDGE